**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CHRISTOPHER KEESEE,

          Plaintiff,

v.                              Case No: 6:14-cv-2118-Orl-40DAB

WELLS FARGO BANK, N.A.,

          Defendant.
_____/

**ORDER**

This cause came on for consideration following review of the Stipulation for Dismissal without Prejudice, in which the parties stipulate to the dismissal of the above-captioned action in its entirety without prejudice. (Doc. 19). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012). Accordingly, the Clerk of Court is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on April 8, 2015.

                                          PAUL G. BYRON
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties